CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LORENA VALENCIA LOPEZ,

             Plaintiff,

    v.

MARKWAYNE MULLIN[1], Secretary, United
States Department of Homeland Security, *et al*.,

             Defendants.

Case No. 3:26-cv-01242-LB

**STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER**

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 5, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on April 6, 2026, as scheduled. On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
Case No. 3:26-cv-01242-LB          1

PendingApplicationsHighRiskCountries-20251202.pdf (last accessed April 9, 2026). On March 30, 2026, USCIS published a web alert, lifting the hold on asylum applications of applicants from non high-risk countries. *See* https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting (last accessed April 16, 2026). Plaintiff is a citizen of Mexico, a country that is not listed in Presidential Proclamations 10949 and 10998. The parties conferred and agree to stay proceedings to allow time for USCIS to implement and to determine how to proceed in this matter given the recent updated operational guidance.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 5, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 20, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

//
//
//

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:26-cv-01242-LB                    2

Dated: April 20, 2026

*/s/ Michael Martin*
MICHAEL MARTIN
Martin & Farah Law, P.C.
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 5, 2026.

Date:  April 20, 2026

HON. LAUREL BEELER
United States Magistrate Judge